IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:06-0190 |
| ) | JUDGE HAYNES |
| JAMAL RANDALL, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant Randall's and Metro's joint motion to dismiss (Docket Entry No. 10) and the State's motion to dismiss (Docket Entry No. 13) are **GRANTED** and this action is **DISMISSED** with prejudice. Any appeal of this Order would not be in good faith as required by 28 U.S.C. §1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge